UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No. 12-cr-00113-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JOSE LOPEZ LUNA, a/k/a Jose Avila, a/k/a Juan Luna, a/k/a Juan Lopez, a/k/a Gordo,
2. CORRINA TERRONES,
3. ELDER UMANA,
4. MICHELLE LNU,
5. YANNI LNU,
6. ALEJANDRO LNU, and
7. VICTOR LOPEZ LUNA,

    Defendants.

## ORDER

THIS MATTER comes before the Court on the Government's Motion to Un-Restrict Case (ECF No. 28) filed April 13, 2012. After a review of the motion and the file, it is

ORDERED that the Government's Motion to Un-Restrict Case is **GRANTED.** The restriction on this case shall be lifted.

    Dated: April 16, 2012.

                      BY THE COURT:

                      s/ Wiley Y. Daniel
                      WILEY Y. DANIEL,
                      CHIEF UNITED STATES DISTRICT JUDGE