IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No. 12-cr-00113-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSE RUBY LOPEZ-LUNA,
    a/ka, Jose Lopez Luna,
    a/k/a Jose Avila,
    a/k/a Juan Luna,
    a/k/a Juan Lopez,
    a/k/a Gordo,
2. CORINA TERRONES,
    a/k/a Corrina Terrones,
3. ELDER GEOVANY SABILLON-UMANA,
    a/k/a Pablo Casillas,
    a/k/a Elder Umana,
4. MICHAEL ANNAY MACIEL-ALMEIDA,
    a/k/a Michelle,
5. YONI DIMAR MAS-CRUZ,
    a/k/a Emerson Josue Gonzalez-Ramires,
    a/k/a Yanni Cruz,
    a/k/a Yoni Gonzalez-Ramirez,
7. VICTOR LOPEZ LUNA,
8. MARIO TERRONES-SUAREZ,
9. NANDI EVELIO ARRAZOLA,
    a/k/a Nandi Arrozola-Verrella,
    a/k/a Freddy Lopez-Lopez,
    a/k/a Freddy O. Lopez-Maella,
    a/k/a Freddy Lopez-Marella,
    a/k/a Bimbo, and
10. ELVIN EDUARDO CRUZ-CRUZ,
    a/k/a Eduardo Arnoldo Gamez-Cruz,
    a/k/a Elvin Francisco Cruz-Cruz,
    a/k/a Elvin Crus-Crus,
    a/k/a Elvin Francisco Crus-Crus,
    a/k/a UM-216,

    Defendants.

## ORDER

THIS MATTER comes before the Court on the "Government's Case Status Report and Unopposed Government's Motion for Ends of Justice Findings and Exclusion of Time of Sixty Additional Days Time Pursuant to Title 18 U.S.C. § 3161(h)(7)(A) and (B)(i)(ii), (ii) and (iv)" filed September 11, 2012. For the reasons discussed below, the Government's motion is granted, and an additional sixty (60) days are excluded from the speedy trial clock.

I first note that by Order dated May 22, 2012, I granted the Government's first request for the exclusion of time from speedy trial calculations, excluding 120 days. That motion was granted pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(i) and (iv), and tolled deadlines under the speedy trial clock until September 19, 2012.

The motion now at issue seeks an additional exclusion of 60 days from the speedy trial deadlines. The Government indicates that there is a substantial body of evidence associated with this case, especially as to Defendant Jose Ruby Lopez Luna. The underlying investigation included a court authorized wiretap, and there are hundreds of pertinent intercepted communications which are mainly in Spanish. A number of tracking devices were authorized by the court and deployed by investigators, and several federal search warrants were executed. Based on the foregoing, I find that an additional 60 day exclusion of time is warranted. While I do not find the case complex at this time, I find that the failure to grant a continuance in this case would deny Defendants and their counsel the reasonable time necessary for effective trial

preparation, taking into account the exercise of due diligence, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv).  I also find that the failure to grant a continuance in this case may result in a miscarriage of justice pursuant to 18 U.S.C. § 3161(h)(7)(B)(i).  Finally, I find that the ends of justice served by an additional 60-day extension of the speedy trial deadlines outweigh the best interest of the public and the Defendants in a speedy trial.  It is therefore

ORDERED that the Government's Unopposed Motion for Ends of Justice Findings and Exclusion of Time of Sixty Additional Days Time Pursuant to Title 18 U.S.C. § 3161(h)(7)(A) and (B)(i)(ii), and (iv) (ECF No. 196) is **GRANTED**.  In accordance therewith, it is

ORDERED that an additional period of **sixty (60) days** is excluded from the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv).

Dated: October 1, 2012

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge