**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 12-cr-00113-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**8. MARIO TERRONES-SUAREZ**,

    Defendant.

---

ORDER FOR TIME SERVED

---

PURSUANT to and in accordance with the Sentencing hearing held before the Honorable Wiley Y. Daniel, Senior United States District Judge, on May 16, 2013, it is hereby

ORDERED that Defendant Mario Terrones-Suarez is sentenced to **TIME SERVED.**

Dated: May 16, 2013.

                BY THE COURT:

                s/ Wiley Y. Daniel
                WILEY Y. DANIEL,
                SENIOR UNITED STATES DISTRICT JUDGE